EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, CA 94105-1545
      Telephone: (415) 977-8985
      Facsimile: (415) 744-0134
      Email: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBIN NASH,<br><br>     Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br><br>     Defendant. | Case No. 2:15-cv-03663-JC<br><br>**JUDGMENT OF REMAND** |

        The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrently with the lodging of the within

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

//

//

1

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:       November 13, 2015

_____/s/_____

HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE